UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO.: |
| v. | : | |
| | : | |
| DAVID B. PATE, | : | <u>FILED UNDER SEAL</u> |
| | : | |
| Defendant. | : | |
| _____ | : | |

**GOVERNMENT'S MOTION TO SEAL THE CRIMINAL
COMPLAINT AND AFFIDAVIT, RECORDS,
PROCEEDINGS AND FILES, AND TO DELAY ENTRY ON
THE PUBLIC DOCKET OF THE FILING OF THIS
<u>MOTION TO SEAL AND ALL RELATED MATTERS</u>**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this motion to seal the accompanying criminal complaint and affidavit, as well as all other pleadings, proceedings, records and files in this case, including the instant motion to seal, and to delay entry on the public docket of this motion to seal and all related matters.   In support of this motion, the government states as follows:

The sealing is necessary because the attached criminal complaint, affidavit, and related pleadings contain sensitive information, the disclosure of which would not be in the interest of the defendant, the government, or the public.

Based on the nature of the ongoing criminal investigation, the government submits that public disclosure of this complaint would likely compromise this ongoing criminal investigation by (1) placing the personal safety of the defendant, undercover agents, other law enforcement officials and innocent third parties at substantial risk; (2) alerting potential targets of the investigation; (3) causing prospective witnesses, to be deterred from testifying or to be less likely to provide truthful testimony to the grand jury; and (4) causing potential witnesses and targets to

destroy documents and other evidence.

Accordingly, the government submits that these facts present an extraordinary situation and a compelling governmental interest which justify not only the sealing of the criminal complaint, affidavit, and all other pleadings, records, proceedings, and files in this case, but also a delay in the public docketing of the filing of these sealed pleadings and the accompanying order until the government represents that it can continue its criminal investigation without substantial risk that it would be jeopardized due to the public docketing of the fact that sealed pleadings have been filed in this case. *See Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991).

WHEREFORE, it is respectfully requested that this motion be granted.

    Respectfully submitted,

    JESSIE K. LIU
    UNITED STATES ATTORNEY
    D.C. Bar Number 472845

By:   */s/ Youli Lee*
    Youli Lee, N.Y. Bar 4064028
    Zia M. Faruqi, D.C. Bar 494990
    Laura Crane, D.C. Bar 992454
    Assistant United States Attorneys
    555 Fourth Street, N.W., Room 4235
    Washington, D.C. 20530
    Telephone: (202) 252-7705 (Lee)
    Email: Youli.lee@usdoj.gov