UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | **:** | |
| **UNITED STATES OF AMERICA,** | **:** | **Criminal No.: 20-CR-150(JEB)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | **UNDER SEAL** |
| | **:** | |
| **DAVID BRIAN PATE, and,** | **:** | |
| **JOSE LUIS FUNG HOU,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

**MOTION TO UNSEAL CASE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves for the Court to unseal the above-captioned case.

When the case was indicted, no Motion to Seal was filed with the indictment, as the government did not intend for the indictment to remain under seal. However, the government has recently been advised that because there had been a prior Complaint/Arrest Warrant that was filed for Defendant David Pate, the existence of that earlier under-seal matter prevented the instant case from being filed publicly. Because there is no need for the indictment to remain under seal, the government requests that the Court unseal Case No. 20-CR-150 (JEB).

WHEREFORE, the United States of America respectfully request that the Court grant the Motion and unseal the case and all documents filed to-date on the docket in Case No. 20-CR-150(JEB).

1

Respectfully submitted,

MICHAEL R. SHERWIN
ACTING UNITED STATES ATTORNEY
NY Bar No. 4444188


/s/ Laura Crane
LAURA CRANE
Assistant United States Attorney
D.C. Bar No. 992454
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7667
Laura.crane@usdoj.gov