# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Criminal No.: 20-CR-150(JEB) |
| v. | |
| | **UNDER SEAL** |
| **DAVID BRIAN PATE, and,** | |
| **JOSE LUIS FUNG HOU,** | |
| Defendants. | |

## [Proposed] ORDER TO UNSEAL CASE

Upon consideration of the government's motion to unseal Case No. 20-CR-150(JEB), it is this \_\_\_\_ day of September, 2020, ORDERED, that the Government's Motion is hereby GRANTED and the materials filed under <u>United States v. Pate, et al.</u>, 20-CR-150 are unsealed and the docket will be unsealed.

_____
James E. Boasberg
United States District Court Judge