UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  :  | |
| : | **Case No. 20-cr-150 (JEB)** |
| **v.**  : | |
| : | |
| **DAVID BRIAN PATE, et al.,**  : | |
| : | |
| **Defendants.**  : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the Acting United States Attorney for the District of Columbia, and Assistant United States Attorney Rachel A. Fletcher, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States. Assistant United States Attorney Zia M. Faruqui no longer represents the United States in this matter.

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
N.Y. Bar No. 4444188

BY:     /s/ *Rachel A. Fletcher*
RACHEL A. FLETCHER
Assistant United States Attorney
TX Bar No. 24078505
Violent Crime and Narcotics Trafficking Section
555 4th Street, N.W., Room 4840
Washington, D.C. 20530
Office: (202) 252-7093
Rachel.Fletcher@usdoj.gov