Rev: 8/2018

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.                                    Criminal No.         20-150

DAVID BRIAN PATE
JOSE LUIS FUNG HOU             Category     B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on  11/10/2020  from  Judge James Boasberg
to  Calendar Committee  by direction of the Calendar Committee.

(Defendants are Fugitives)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case
Management Committee

cc:   Judge James Boasberg          & Courtroom Deputy
      Calendar Committee

      U.S. Attorney's Office – Judiciary Square Building, Room 5133
      Statistical Clerk